# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 94-WM-2581 | ) Adversary Proceeding No. 94-1370-PA |
| | ) Chapter 11 |
| In re: | ) Case No. 92-18853-DEC |
| | ) |
| Integra Realty Resources, Inc., | ) Case No. 92-18854-PAC |
| and | ) |
| Integra – A Hotel & Restaurant Company | ) |
| Tax I.D. No. 48-0764252 | ) Case No. 92-18855-CEM |
| and | ) |
| BHC of Denver, Inc., | ) Jointly Administered under |
| Tax I.D. No. 74-27914828 | ) Case No. 92-18853-DEC |
| | ) |
| Debtors. | ) 8:04CV432 |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |

## ASSIGNMENT OF FINAL JUDGMENT NO. 27

Known all men by these presents that Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust (the "Assignor"), holder of a certain judgment identified particularly by Final Judgment No., 27 entered on November 8, 1999 (the "Judgment"), registered in the United States District Court of Nebraska on September 7, 2004, identified specifically by case number 2004CV00432 and revived by Order of the United States District Court of Colorado on March 22, 2007 as set out specifically in the Revived Final Judgment No., 27 docketed on May 24, 2007 (the "Revival"), for good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, without recourse, grant, bargain, sell, transfer and otherwise assign over unto:

> Title 11 Holdings, LLC
> 8245 Tournament Drive; Suite 230
> Memphis, TN 38125
> (901)748-2900

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 27 day of June 2007
GREGORY C. LANGHAM
By: _____
Deputy

(the "Assignee"), all right, title and interest in and to recover as judgment from each Defendant the sum to become due thereon with interest, and all rights accrued or to accrue under said judgment below and attached hereto, individually. Copies of the Judgment and Revival are attached hereto and incorporated herein by reference.

In witness whereof, said Assignor has signed these presents this 5th day of June, 2007.

                    Jeffrey A. Weinman, Trustee
                    Integra Unsecured Creditors' Trust
                    c/o Lindquist & Vennum P.L.L.P.
                    600 17th Street, Suite 1800 South
                    Denver, CO 80202-5441

                    By: _____

State of Colorado   )
County of Denver   )

      In Colorado in Said County on the 5th day of June, in the year 2007, before me, the undersigned, a notary public in and for said state, appeared Jeffrey A. Weinman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                _Lisa Barenberg_
                Notary Public
                Print Name: Lisa Barenberg
                My Commission Expires: June 8, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### REVIVED FINAL JUDGMENT NO. 27

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 27, originally entered by the Court on November 8, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

Doc# 2307548.1

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 27, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007.

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 8 1999

JAMES R. MANSPEAKER
CLERK

Civil Action No. 94-WM-2581

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT NO. 27

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. Defendant Raymond P. Atwood and Berniece L. Atwood, the sum of $7.00;

2. ~~Defendant Marvin A. Bartling, the sum of $3,003.00;~~

3. Defendant Harold R. Blount, Dorthy Blount, and John Blount, the sum of $112.00;

4. Defendant Owen A. Boardman and Alice Boardman, the sum of $329.00;

5. Defendant Robert Bruno, the sum of $56.00;

6. ~~Defendant John E. Campa, the sum of $21.00;~~

7. ~~Defendant Harold L. Cheever and Dorothy E. Cheever, the sum of $290.00;~~

8. Defendant George Claycomb, the sum of $105.00;

9. Defendant Howard A. Dixon and L. Irene Dixon, the sum of $21.00;

10. Defendant Ruth O. Eaves and Ruth L. Williams, the sum of $49.00;

11. ~~Defendant Alicia Fischer, the sum of $695.00;~~

12. ~~Defendant Fred F. France and Jeanice A. France, the sum of $112.00;~~

13. Defendant Roger R. Freier and Deanna L. Freier, the sum of $63.00;

14. ~~Defendant Bradley Goldenstein, the sum of $28.00;~~

15. Defendant Mary E. Gress, the sum of $77.00;

16. ~~Defendant Leland Haas and Gladys Haas, the sum of $14.00;~~

17. ~~Defendant Lawrence H. Hanke and Carolyn A. Hanke, the sum of $378.00;~~

18. ~~Defendant Harold C. Harvey and Jane D. Harvey, the sum of $168.00;~~

19. ~~Defendant Joseph M. Higgins and Dorothy C. Higgins, the sum of $98.00;~~

20. ~~Defendant Emma K. Hildenbrand and Alfred W. Hildenbrand, the sum of $14.00;~~

21. Defendant Edward F. Hobza, the sum of $175.00;

22. ~~Defendant Robert C. Hoch, the sum of $28.00;~~

2

23. Defendant Jeff C. King, the sum of $119.00;

24. ~~Defendant Albert E. Klone and Lavern H. Klone, the sum of $670.00;~~

25. Defendant John D. Ord, the sum of $238.00;

26. Defendant Robert A. Owens and Mildred L. Owens, the sum of $175.00;

27. Defendant Paul J. Penas and Marlene J. Penas, the sum of $357.00;

28. Defendant Gail E. Portenier and Gloria J. Portenier, the sum of $1,890.00;

29. Defendant Narvilla J. Rabe, the sum of $7.00;

30. ~~Defendant D. N. Ratliff and Ramona Ratliff, the sum of $28.00;~~

31. Defendant Rencor Ltd., the sum of $56.00;

32. ~~Defendant Bruno Rissi, the sum of $28.00;~~

33. ~~Defendant William Rissi, the sum of $28.00;~~

34. Defendant Marena M. Rogers and David L. Rogers, the sum of $56.00;

35. Defendant Lucille L. Ruby, the sum of $105.00;

36. Defendant Debra Sapp, the sum of $105.00;

37. Defendant Herman Schnack and Gladys Schnack, the sum of $21.00;

38. Defendant Kenneth E. Shamburg, the sum of $21.00;

39. ~~Defendant Hobart H. Springer and Helen L. Springer, the sum of $224.00;~~

40. Defendant Richard I. Stern and Judith K. Stern, the sum of $175.00;

41. ~~Defendant Franklin J. Teichmeier, the sum of $238.00;~~

42. ~~Defendant Mary L. Uphouse, the sum of $105.00;~~

43. Defendant Irving Veitzer, the sum of $595.00;

44. Defendant Mary E. Waller and Mary E. Gress, the sum of $77.00;

3

45. ~~Defendant Robert L. Ward and Marjorie A. Ward, the sum of $3,024.00;~~

46. Defendant Leta Wilson, the sum of $28.00;

47. ~~Defendant Harry Wood and Luella Wood, the sum of $6182.00;~~

48. Defendant Gregory A. Young, the sum of $28.00;

49. ~~Defendant Edward J. Zimmerman, the sum of $514.00;~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.411 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 29 day of October, 1999

_____
Walker D. Miller, United States District Court Judge

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 8 1999

JAMES R. MANSPEAKER
CLERK

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document ... filing on file and record in this action.
WITNESS my hand and SEAL of said Court this 3rd day of Aug - 04
GREGORY C. LANGHAM
By _____ Deputy

4